Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-15133-AMC**

THOMAS G. MC KNIGHT  
MARIE MC KNIGHT  
2839 SOUTH SYDENHAM STREET  
PHILADELPHIA  PA   19145

Petition Filed Date: 08/15/2019  
341 Hearing Date: 09/27/2019  
Confirmation Date: 04/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2020 | $295.00 | 108544226692 | 02/14/2020 | $295.00 | 19073555872 | 03/17/2020 | $295.00 | 19088510092 |
| 04/20/2020 | $295.00 | 108544159306 | 05/12/2020 | $50.00 | 19099836453 | 05/12/2020 | $500.00 | 19099836452 |
| 06/17/2020 | $500.00 | 108751088897 | 06/17/2020 | $50.00 | 108751088908 | 07/20/2020 | $500.00 | 19131628161 |
| 07/20/2020 | $50.00 | 19131628162 | 08/21/2020 | $500.00 | 108751133975 | 08/21/2020 | $50.00 | 108751133986 |
| 09/22/2020 | $50.00 | 19174435875 | 09/22/2020 | $500.00 | 19174435874 | 10/14/2020 | $500.00 | 19179998032 |
| 10/14/2020 | $50.00 | 19179998033 | 11/17/2020 | $500.00 | 19179999171 | 11/17/2020 | $50.00 | 19179999172 |
| 12/11/2020 | $500.00 | 19201061912 | 12/11/2020 | $50.00 | 19201061913 | 01/15/2021 | $500.00 | 108839040695 |
| 03/09/2021 | $500.00 | 19223158505 | 03/22/2021 | $500.00 | 19223158715 | 04/14/2021 | $500.00 | 19259047748 |
| 05/11/2021 | $500.00 | 19259047843 | | | | | | |

**Total Receipts for the Period:  $8,080.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,260.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $3,788.01 | $428.89 | $3,359.12 |
| 2 | CITY OF PHILADELPHIA (LD)<br>»» 002 | Secured Creditors | $86.20 | $86.20 | $0.00 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $15,773.78 | $1,785.95 | $13,987.83 |
| 4 | WELLS FARGO BANK NA<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK NA<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $2,165.50 | $2,165.50 | $0.00 |

**Chapter 13 Case No. 19-15133-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,260.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $8,466.54 | Arrearages: | $10.00 |
| Paid to Trustee: | $793.46 | Total Plan Base: | $28,770.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.