**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>　　Thomas G. McKnight,<br>　　Marie McKnight,<br><br>　　　　　　Debtors | Chapter 13<br><br>Bankruptcy No. 19-15133-AMC |

**Withdrawal of Appearance**

To the Clerk of Court:

　　Please withdraw my appearance as counsel for the Debtors in this matter.

Date: September 5, 2024　　　　　　　　　　　　JENSEN BAGNATO, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　Outgoing Counsel for Debtors

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Erik B. Jensen
　　　　　　　　　　　　　　　　　　　　　　　　Erik B. Jensen, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Attorney ID #40330
　　　　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 1510
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　　　215-546-4700
　　　　　　　　　　　　　　　　　　　　　　　　erik@jensenbagnatolaw.com


**Entry of Appearance**

To the Clerk of Court:

　　Please enter my appearance as counsel for the Debtors in this matter.

Date: September 5, 2024　　　　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Debtors

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　　　　　Michael A. Cibik, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Attorney ID #23110
　　　　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　　　　cibik@cibiklaw.com