**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    THOMAS G. MC KNIGHT<br>    MARIE MC KNIGHT<br><br>                    Debtors | Chapter 13<br><br>Case No.19-15133-AMC |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee payments under the confirmed Chapter 13 plan. The Trustee requests that any wage order entered in this case be terminated and the employer cease wage withholding.

                                    **Office of the Chapter 13 Trustee**

Date: September 23, 2024        By:  */s/ Scott F. Waterman*

                                          Scott F. Waterman, Esquire, Chapter 13 Trustee
                                          2901 St. Lawrence Avenue, Suite 100
                                          Reading, PA  19606
                                          (610)779-1313 (Phone)
                                          (610)779-3637 fax