# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In Re:<br><br>Thomas G. McKnight and Marie McKnight,<br><br>Debtor(s) | Case No. 19-15133-amc<br><br>Chapter 13 |

## Suggestion of Death

To the Clerk of Court:

    I regret to inform the Court that Joint Debtor Marie McKnight died on September 18, 2024.

Date: September 25, 2024

                                                                CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com