# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Thomas G. McKnight,<br>    Marie McKnight,<br><br>        Debtors. | Case No. 19-15133-amc<br><br>Chapter 13 |

### Debtors' Motion for Exemption from Financial Management Course

**AND NOW**, Debtors Thomas G. McKnight and Marie McKnight, by and through their attorney, ask the Court to exempt Mrs. McKnight from the requirement of completing a financial management course and filing a course certificate. The Debtors make the following representations in support of this motion:

1. This chapter 13 case was filed on August 15, 2019. ECF No. 1.
2. The chapter 13 plan was confirmed on April 8, 2020. ECF No. 27.
3. The Trustee has determined that plan payments are completed. ECF No. 44.
4. Mrs. McKnight died on September 18, 2024. ECF No. 46.
5. Before discharge, the bankruptcy code requires that a Debtor complete a financial management course and file a course certificate.
6. Mrs. McKnight is now unable to fulfill those obligations.
7. Mrs. McKnight filed her Certifications regarding Domestic Support Obligations and Section 522(q) before passing away on September 18, 2024. ECF No. 43.
8. The Court should exempt Mrs. McKnight from the requirement to complete a financial management course and file a course certificate.

**NOW, THEREFORE**, Mrs. McKnight and Mr. McKnight ask this Court to grant relief in the form of order attached.

Date: September 25, 2024

CIBIK LAW, P.C.
*Counsel for Debtors*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com