# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Thomas G. McKnight,
    Marie McKnight,

        Debtors.

Case No. 19-15133-amc

Chapter 13

### Order Granting Debtors' Motion for Exemption from Financial Management Course

**AND NOW**, on this _____ day of October 2024, upon consideration of the Debtors' Motion for Exemption from Financial Management Course, and after notice and hearing, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that Debtor Marie McKnight is **EXEMPTED** from the requirement to file a certification of compliance with 11 U.S.C. §§ 1328(g).

 

                                                    Ashely M. Chan
                                                    Chief U.S. Bankruptcy Judge