# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Thomas G. McKnight,
    Marie McKnight,

           Debtors.

Case No. 19-15133-amc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtors' Motion for Exemption from Financial Management Course along with the notice and proposed order, on the following parties by first class mail or through the CM/ECF system:

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Fl
Philadelphia, PA 19102-1595

Wells Fargo Bank, N.A.
MAC N9286-01Y
PO Box 1629
Minneapolis, MN 55440-9790

City of Philadelphia Law Dept.
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Fl
Philadelphia, PA 19102-1595

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Date: September 25, 2024

CIBIK LAW, P.C.
*Counsel for Debtors*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com