Certificate Number: 16339-PAE-DE-039020407

Bankruptcy Case Number: 19-15133



16339-PAE-DE-039020407

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 31, 2024, at 12:46 o'clock PM EDT, Thomas Mcknight completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 31, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor