# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:                                              Case No. 19-15133-amc

    Thomas G. McKnight,                    Chapter 13
    Marie McKnight,

           Debtors.

### Order Granting Debtors' Motion for Exemption from Financial Management Course

**AND NOW**, on this ___8th___ day of November, 2024, upon consideration of the Debtors' Motion for Exemption from Financial Management Course, and after notice and hearing, it is  hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that Debtor Marie  McKnight is **EXEMPTED** from the requirement to file a certification of compliance with 11 U.S.C. §§ 1328(g).


_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge