Default Document Processing
N9286-01Y
PO Box 1629
Minneapolis MN 55440-9790

WELLS FARGO

12/29/2021

THOMAS G. MCKNIGHT , MARIE MCKNIGHT
2839 S SYDENHAM ST
PHILADELPHIA, PA 19145

HEQBK309

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | THOMAS G. MCKNIGHT |
| Debtor 2 (Spouse, if filing) | MARIE MCKNIGHT |
| United States Bankruptcy Court for the: | Eastern District Of Pennsylvania |
| Case number | 1915133 |

Official Form 410S1

## Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 4783

**Date of payment change:**
Must be at least 21 days after date of this notice    01/20/2022

**New total payment:**    $ 447.94
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☑ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____    New escrow payment: $_____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☐ No
   - ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Payment change due to End of Draw

   Current mortgage payment: $ 302.36    New mortgage payment: $ 447.94

HEQBK309

| Debtor 1 | THOMAS G. MCKNIGHT | | | Case number *(if known)* 1915133 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Sahm Lovan                                                                 Date  12/29/2021
Signature

| Print: | Sahm Lovan | | | Title | Vice President Loan Documentation |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company    Wells Fargo Bank N.A.

Address    PO Box 1629, N9286-01Y
           Number        Street

           Minneapolis MN 55440-9790
           City                    State       ZIP Code

Contact phone  ( 877 )  891 – 0002            Email  noticeofpaymentchangeinquiries@wellsfargo.com

HEQBK309

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

Chapter 13 No. 1915133 :

In re:
THOMAS G. MCKNIGHT , MARIE MCKNIGHT

## CERTIFICATE OF SERVICE

I hereby certify that on or before **12/30/2021**, I served a copy of this Notice and all attachments upon each of the entities named below by the U.S. Bankruptcy Court's CM ECF system or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid or FedEx, addressed to each of them as follows:

Debtor:
    By U.S. Postal Service First Class Mail Postage Prepaid:
    THOMAS G. MCKNIGHT , MARIE MCKNIGHT
    2839 S SYDENHAM ST
    PHILADELPHIA, PA 19145

Debtor's Attorney:
    By Court's CM/ECF system registered email address:
    ERIK B JENSEN
    1500 WALNUT ST
    STE 1510
    PHILADELPHIA, PA  19102

Trustee:
    By Court's CM/ECF system registered email address:
    SCOTT F WATERMAN
    2901 ST LAWRENCE AVE
    STE 100
    READING, PA 19606

/s/ Sahm  Lovan
VP Loan Documentation
Wells Fargo Bank, N.A.

HEQBK309