**Fill in this information to identify the case:**

Debtor 1    THOMAS G. MCKNIGHT

Debtor 2    MARIE MCKNIGHT
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District Of Pennsylvania
District of PA
(State)

Case number    19-15133-amc

Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.    **Court claim no**. (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 4783

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

√ No

☐ Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ |
| 2. Non-Sufficient Funds (NSF) fees | | (2) $ |
| 3. Attorney fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advance (non-escrow) | 06/14/2022 | (8) $ 4,743.60 |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify:____ | | (10) $ |
| 11. Other. Specify: | | (11) $ |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice Postpetition Mortgage Fees, Expenses, and Charges**    page 1

| Debtor 1 | THOMAS G. MCKNIGHT | | | Case number *(if known)* 19-15133-amc |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Mikiya Ratliff                                                                  Date    8/24/2022
Signature

Print:    Mikiya    Ratliff                                         Title    Vice President Loan Documentation
         First Name    Middle Name    Last Name

Company    Wells Fargo Bank, N.A.

Address    PO Box 1629, MAC N9286-01Y
           Number    Street
           Minneapolis, MN 55440-9790
           City                State    ZIP Code

Contact phone    (877) 891–0002                Email    HEQBANKRUPTCYCH13@WELLSFARGO.COM

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

Chapter 13 No. 19-15133-amc

In re:

THOMAS G. MCKNIGHT , MARIE MCKNIGHT

## CERTIFICATE OF SERVICE

I hereby certify that on or before 08/24/2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

Debtor:  
    By U.S. Postal Service First Class Mail Postage Prepaid:  
    THOMAS G. MCKNIGHT , MARIE MCKNIGHT  
    2839 S SYDENHAM ST  
    PHILADELPHIA, PA 19145

Debtor's Attorney:  
    By Electronic Court Filing:  
    ERIK B JENSEN  
    Jensen Bagnato, PC  
    1500 WALNUT ST  
    STE 1510  
    PHILADELPHIA, PA  19102

Trustee:  
    By Electronic Court Filing:  
    SCOTT F WATERMAN  
    Chapter 13 Trustee  
    2901 ST LAWRENCE AVE  
    STE 100  
    READING, PA 19606

/s/ Mikiya  Ratliff  
Vice President of Loan Documentation  
Wells Fargo Bank, N.A.